**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **DANIEL PAUL CHRISTOFFERS** | § | |
| | § | |
| **V.** | § | **NO. 1:10-CV-58** |
| | § | |
| **COMMISSIONER OF SOCIAL SECURITY** | § § | |

**MEMORANDUM OPINION ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The Court heretofore ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. The Court has received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report of the United States Magistrate Judge were filed by the parties.

The court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct and the Report of the United States Magistrate Judge is **ADOPTED**, and it is

**ORDERED** that Defendant's motion for summary judgment (Docket No. 16) is **GRANTED**. A Final Judgment will be entered separately in this case in accordance with the magistrate judge's recommendation.

So **ORDERED** and **SIGNED** this **21** day of **September, 2011.**

_____
Ron Clark, United States District Judge